**DAL LAGO LAW**
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Phone: (239) 571-6877
Email: mike@dallagolaw.com
Michael R. Dal Lago

and

**THE LAW OFFICES OF**
**ERIK H. LANGELAND**
733 3rd Avenue, 15th Floor
New York, NY 10017
Phone: (212) 354-6270
Email: elangeland@langelandlaw.com
Erik H. Langeland

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FRANK A. FIORE, | : | Case No.: 8-16-70610-ast |
| | : | |
| Debtor. | : | Judge Alan S. Trust |

---------------------------------------------------------------x
| | | |
|---|---|---|
| | : | |
| AARON DANIELS AND ROBERT SZWAJA, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adv. No.: 8-16-08128-ast |
| | : | |
| FRANK A. FIORE, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the *Complaint Objecting to*

*Debtor's Discharge Pursuant to Sections 523(a)(4) and 523(a)(6) of the Bankruptcy Code*

[Docket No. 1]  and *Summons in an Adversary Proceeding* [Docket No. 2] were served to **Debtor, Frank A. Fiore** at 3 Jill Court, Greenlawn, NY 11740 via First Class U.S. Mail, postage prepaid;  and to **Counsel for Debtor, Michael J. Macco, Esq**. via electronic service through the Court's BKECF_LiveDB Noticing system upon entry and by First Class U.S. Mail, postage prepaid, on September 9, 2016.

Dated:  September 9, 2016                     Respectfully submitted,

By */s/ Michael R. Dal Lago*
Michael R. Dal Lago
New York Bar No. 3988888
**DAL LAGO LAW**
999 Vanderbilt Beach Road, Suite 200
Naples, FL 34108
Telephone:  239-571-6877
mike@dallagolaw.com

**THE LAW OFFICES OF**
**ERIK H. LANGELAND**

By */s/ Erik H. Langeland*
ERIK H. LANGELAND
New York Bar No. 270889
733 3rd Avenue, 15th Floor
New York, NY 10017
Phone: (212) 354-6270
Email: elangeland@langelandlaw.com

*Joint Counsel for Plaintiffs*